**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARK SAILLIEZ, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No.: 1:21-cv-1118 |
| Plaintiff, | ) ) | Judge: Hon. Jorge Alonso |
| v. | ) ) ) | |
| PARSEC, INC., | ) ) ) | |
| Defendant. | ) ) | |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

PLEASE TAKE NOTICE that Plaintiff Mark Sailliez files this Notice of Voluntary Dismissal of his claims against Defendant, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Each party will bear their own costs.

Dated: May 21, 2021  Respectfully submitted,

by: */s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Local Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 21, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                            /s/ *Carl V. Malmstrom*
                                                            Carl V. Malmstrom