# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mark Sailliez

                      Plaintiff,

v.                                             Case No.: 1:21−cv−01118
                                                  Honorable Jorge L. Alonso

Parsec, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 25, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso:v A notice of voluntary dismissal has been filed. This case is dismissed without prejudice. Defendant's motion to dismiss Plaintiff's complaint [10] is denied as moot. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.